[No. 69517-7-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE DEAN III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04365-1, Bruce E. Heller, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 69962-8-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MUHAMMED ZBEIDA TILLISY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01246-1, George F.B. Appel, J., entered February 21, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Becker and Leach, JJ.

[No. 70337-4-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ALAN CHAPPELLE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03979-4, Michael Hayden, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 70358-7-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN EUGENE BELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05054-2, Mary E. Roberts, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Schindler, J.